IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED

2007 MAR 12 A 9:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

__Debra Bracewell__
Name

__130622__
Prison Number

__Tutwiler Prison__
__8966 U.S. Hwy 231__
Place of Confinement

United States District Court __Middle__    District of __Alabama__

Case No. __2-07-CV-214-MEF__
(To be supplied by Clerk of U. S. District Court)

__Debra Bracewell_____ , PETITIONER
(Full name) (Include name under which you were convicted)    Pro-Se

__State_____ , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF __Circuit Court, Covington__
__County, Andalusia, AL 36092_____ , ADDITIONAL RESPONDENT

(if petitioner is attacking a judgment which imposed a sentence to be
served in the future, petitioner must fill in the name of the state where the
judgment was entered. If petitioner has a sentence to be served in the future
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury. Any false statement of a material
fact may serve as the basis for prosecution and conviction for perjury.
All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83,
the 8-1/2 x 11 inch paper size standard for use throughout the federal

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies *must be</u> mailed to the Clerk of the United States District Court whose address is
P. O. Box 711, Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack <u>Circuit Court, Covington County Andalusia, AL</u>

2. Date of judgment of conviction <u>December 10, 1981</u>

3. Length of sentence <u>life with Parole</u> Sentencing Judge <u>William Baldwin</u>

4. Nature of offense or offenses for which you were convicted: <u>Murder I</u>

5. What was your plea? (check one)
   (a) Not guilty  (✓)
   (b) Guilty  ( )
   (c) Nolo contendere  ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: <u>N/A</u>

6. Kind of trial:  (Check one)
   (a) Jury  (✓)
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )  No (✓)

8. Did you appeal from the judgment of conviction? Yes (✓) No ( )

9. If you did appeal, answer the following:
   (a) Name of court Court of Criminal Appeals
   (b) Result Affirmed
   (c) Date of result June 23, 2006
   If you filed a second appeal or filed a petition for certiorari in the
   Supreme Court, give details: I file it on the same around
   as Court of Criminal Appeal, Writ Denied on
   September 15, 2006.

10. Other than a direct appeal from the judgment of conviction and sentence, have
    you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal? Yes (✓) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court Supreme Courts of United States
       (2) Nature of proceeding My Charge and Crime is
       Murder I
       (3) Grounds raised I am being held in
       Tutwiler Prison under the Wrong Sentence.

       (4) Did you receive an evidentiary hearing on your petition, application
          or motion? Yes ( ) No (✓)
       (5) Result Denied
       (6) Date of result January 8, 2007
    (b) As to any second petition, application or motion give the same infor-
        mation:
       (1) Name of court N|A
       (2) Nature of proceeding N|A
       (3) Grounds raised N|A

       (4) Did you receive an evidentiary hearing on your petition, application
          or motion? Yes ( ) No (✓)
       (5) Result N|A
       (6) Date of result

(c) As to any third petition, application or motion, give the same information:

    (1) Name of Court _____ N|A _____

    (2) Nature of proceeding _____ N|A _____

    (3) Grounds raised_____

    _____ N|A _____

    _____

    _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( L )

    (5) Result_____

    (6) Date of result _____ N|A _____

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

    (1) First petition, etc.        Yes ( ) No ( L )

    (2) Second petition, etc.     Yes ( ) No ( L )

    (3) Third petition, etc.      Yes ( ) No ( L )

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: I am Acting as my own Attorney and I am doing the best that I can. I did not Know that I could still Appeal

    _____

    _____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Being held under the wrong Sentence and from My release and Parole date.

Supporting FACTS (tell your story briefly without citing cases or law): My Sentence is life with Parole. My Crime is Murder I. And have been Since December 10, 1981. I found this out by working on my own Case in May of 2001. I ask Paul whaley, (Central Record), to Correct My Sentence and he refuse to do this. I also found out that Central Record have a letter from My Sentencing Judge dated January 11, 1982, Saying what My Sentence is. I ask Paul Whaley, for a Copy of this letter to help me with my Case And he refuse to give me a Copy of this letter. This letter is only about me and Concerning what My Sentence is. My Sentencing Judge have died. This letter is Proof of what My Sentence is. see next page

B. Ground two: Given more time

Supporting FACTS (tell your story briefly without citing cases or law): My Sentence is life with Parole. My Crime is Murder I. I am doing a life without Parole Sentence on a Crime of Murder I. I have been given more time than I suppose to be doing. Copies of paper work should My Crime Murder I at the Prison and also where it say I am doing a life sentence without Parole.

C.  Ground three: _____ N|A _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

_____ N|A _____

_____

_____

_____

_____

_____

_____

D.  Ground four: _____ N|A _____

Supporting FACTS (tell your story briefly without citing cases of law): _____

_____ N|A _____

_____

_____

_____

_____

_____

_____

_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously pre-sented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: I did not know that I could presented them.

_____

_____

_____

_____

_____

_____

14.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?  Yes ( )  No (✓)

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
     (a) At preliminary hearing _____ N|A _____

     (b) At arraignment and plea _____

(c) At trial_____N/A_____

(d) At sentencing_____N/A_____

(e) On appeal _____N/A_____

(f) In any post-conviction proceeding_____N/A_____

(g) On appeal from any adverse ruling in a post-conviction proceeding:____
_____N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ( ) No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ( ) No (✓)
    (a) If so, give name and location of court which imposed sentence to be served in the future:_____N/A_____
    (b) And give date and length of sentence to be served in the future:__N/A__
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ( ) No (✓)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____3- 8 - 07_____.
                                                    (date)

*Debra Bracewell*
Signature of Petitioner          *pro-se*



# Attachment

Copies of letters from Central Record where they refuse to give me a copy of the letter dated January 11, 1982.

I also ask the people here at the Prison for a copy of this letter out of my file, but they also refuse to give me a copy of this letter dated January 11, 1982.

Copies of request slips where the people at the prison refuse to give me a copy of the letter dated January 11, 1982.

I am being held beyond my Parole and release date. Also the Circuit Court in Andalusia, Alabama will not send me a copy of this letter from my sentencing Judge dated January 11, 1982.

Notice: This unpublished memorandum should not be cited as precedent.  See Rule 54, Ala.R.App.P.  Rule 54(d), states, in part, that this memorandum "shall have no precedential value and shall not be cited in arguments or briefs and shall not be used by any court within this state, except for the purpose of establishing the application of the doctrine of law of the case, res judicata, collateral estoppel, double jeopardy, or procedural bar."

# Court of Criminal Appeals

State of Alabama
Judicial Building, 300 Dexter Avenue
**P. O. Box 301555**
**Montgomery, AL 36130-1555**

RELEASED
JUN 23 2006
CLERK
ALA COURT CRIMINAL APPEALS

H.W."BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Gerri Robinson
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

## MEMORANDUM

CR-05-0980                    Covington Circuit Court CC-78-26.63

Debra Bracewell v. State of Alabama

WISE, Judge.

The appellant, Debra Bracewell, appeals from the circuit court's dismissal of her petition for postconviction relief, filed pursuant to Rule 32, Ala.R.Crim.P., in which she attacked her December 1981 conviction for capital murder and her resulting sentence of life imprisonment without the possibility of parole.  On May 31, 1983, this Court affirmed her conviction and sentence.  Bracewell v. State, 447 So. 2d 815 (Ala.Crim.App. 1983).[1]

─────────────

[1]Bracewell was originally convicted and sentenced to death but the United States Supreme Court vacated this conviction

1

On or about October 13, 1999, Bracewell filed a habeas corpus petition which the trial court treated as a Rule 32 petition and dismissed. The record does not reveal that Bracewell appealed from the dismissal of her petition. Early in 2001, Bracewell mailed several letters and motions to the trial court wherein she made various allegations that she claimed entitled her to relief. On May 17, 2001, the trial court treated these letters and motions as a Rule 32 petition, which it dismissed on September 13, 2002.

On November 2, 2005, Bracewell filed the instant petition wherein she alleged, as best as we can determine, that her sentence is illegal because, she said, she was convicted of murder, not capital murder. On December 20, 2005, the State filed a motion to dismiss wherein it argued that Bracewell's petition was both without merit and precluded from relief.[2] On January 9, 2006, the trial court issued an order dismissing Bracewell's petition. This appeal followed.

On appeal, Bracewell reasserts the claim argued in the brief filed in support of her petition and abandons those claims checked in the petition.[3]

_____

and remanded it for further proceedings. Bracewell v. Alabama, 449 U.S. 915. At her retrial, Bracewell was convicted again and sentenced to life imprisonment with the possibility of parole. This conviction and sentence were affirmed by this Court and the Alabama Supreme Court. Ex parte Bracewell, 447 So. 2d 827 (Ala. 1984).

[2]In her petition, Bracewell checked boxes for the following claims: (1) that the United States and Alabama constitutions require a new trial because of a coerced confession and denial of effective assistance of counsel; (2) that her sentence exceeds that authorized by law; and (3) that the petitioner failed to appeal within the proscribed time and that failure was not the petitioner's fault. Although these items were checked, they were not discussed in her brief in support of the petition.

[3]Those claims that Bracewell presented to the trial court but fails to argue on appeal are deemed abandoned. Brownlee v. State, 666 So. 2d 91, 93 (Ala.Crim.App. 1995).

Bracewell contends that her conviction and sentence is illegal because, she says, she was charged with murder, not capital murder. The trial court's order of dismissal stated:

"It is a matter of record that Ms. Bracewell was in fact charged and tried in her underlying criminal case for capital murder. A copy of the indictment is attached hereto as Exhibit "A." That indictment clearly charges a capital offense. Further, a copy of the actual jury verdict from the guilt phase reads as follows: "We, the jury, find the Defendant guilty of the capital offense charged in the indictment." In view of the foregoing facts, and the appellate decisions from the time recognizing defendant's conviction to be a capital one [See, e.g., Bracewell v. State, 447 So. 2d 815, 817-818 (Ala.Crim.App. 1983)], there is no question that defendant was actually convicted of capital murder.

"That being the situation, the sentence meted out, life without parole, was a proper one. Therefore, the contentions listed in the heading numbered "1" above are due to be dismissed."

(C. 23.) Our record supports the circuit court's determination that Bracewell was charged with and convicted of capital murder, and that her claim lacked merit. Accordingly, dismissal of Bracewell's petition was proper, and we adopt the circuit court's order as part of this memorandum opinion.

The record further reveals that this claim has been raised and addressed in a previous Rule 32 proceeding. (C. 22-23.) As a result, this claim is precluded from relief by Rule 32.2(a)(4), Ala.R.Crim.P. See Bargeron v. State, 895 So. 2d 385, 286 (Ala.Crim.App. 2004), by Rule 32.2(b), because this is Bracewell's third petition, and by Rule 32.2(c) because Bracewell's petition was filed long after the period of limitations. Additionally, we note that Bracewell's allegations fail to comply with Rule 28(a)(10), Ala.R.App.P., as she has failed to cite to any authority in support of her contentions. Scott v. State, 917 So. 2d 159, 164 (Ala.Crim.App. 2005).

Rule 32.7(d), Ala.R.Crim.P., authorizes the trial court

3

to summarily dismiss a petitioner's Rule 32 petition:

> "[i]f the court determines that the petition is not
> sufficiently specific, or is precluded, or fails to
> state a claim, or that no material issue of fact or
> law exists which would entitle the petitioner to
> relief under this rule and that no purpose would be
> served by any further proceedings, the court may
> either dismiss the petition or grant leave to file
> an amended petition."

See also <u>Hannon v. State</u>, 861 So. 2d 426, 427 (Ala.Crim.App.
2003); <u>Cogman v. State</u>, 852 So. 2d 191, 193 (Ala.Crim.App.
2002); <u>Tatum v. State</u>, 607 So. 2d 383, 384 (Ala.Crim.App.
1992).  As discussed above, Bracewell's claims were precluded
from appellate review.   Thus, summary disposition was
appropriate.

    Based on the foregoing, the judgment of the trial court
is affirmed.

    **AFFIRMED.**

    McMillan, P.J., concurs.  Cobb, Baschab, and Shaw, JJ.,
concur in the result.

4

# IN THE SUPREME COURT OF ALABAMA



September 15, 2006

**1051553**

Ex parte Debra Bracewell.  PETITION FOR WRIT OF CERTIORARI TO THE
COURT OF CRIMINAL APPEALS  (In re: Debra Bracewell v. State of Alabama)
(Covington Circuit Court: CC78-26.63; Criminal Appeals : CR-05-0980).

## CERTIFICATE OF JUDGMENT

## Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND
ORDERED that the petition for writ of certiorari is denied.

SMITH, J. -  Nabers, C.J., and Lyons, Woodall, and Parker, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court
of Alabama, do hereby certify that the foregoing is
a full, true and correct copy of the instrument(s)
herewith set out as same appear(s) of record in said
Court.

Witness my hand this _15th_ day of _September,  2006_

_Robert D Esdale Sr_

Clerk, Supreme Court of Alabama

/bb

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

January 8, 2007

Ms. Debra Bracewell
Prisoner ID #130672 D#3
8966 US Hwy 231
Wetumoka, AL  36092

Re:  Debra Bracewell
  v. Alabama
  No. 06-7498

Dear Ms. Bracewell:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk

exhibit #03



**STATE OF ALABAMA**
## DEPARTMENT OF CORRECTIONS

**DON SIEGELMAN**
GOVERNOR

**MICHAEL W. HALEY**
COMMISSIONER

May 17, 2001

Ms. Debra Bracewell
AIS No. 130672
8966 U. S. Highway 231 North
Wetumpka, AL 36092

Dear Ms. Bracewell:

The court order signed by the Judge and dated December 10, 1981 clearly states you were sentenced to a life sentence in the penitentiary without parole. The letter dated January 11, 1982 was signed by the Circuit Clerk not the Judge and is not the official sentencing information.

I regret I could not give you a more favorable response.

Sincerely,

Kathy Holt, Assistant Director
Central Records Office

/mal

cc:    ICRF



**STATE OF ALABAMA**
**DEPARTMENT OF CORRECTIONS**

DON SIEGELMAN
GOVERNOR

MICHAEL W. HALEY
COMMISSIONER

October 19, 2001

Ms. Debra Bracewell
AIS No. 130672
8966 U. S. Highway 231 North
Wetumpka, AL  36092

Dear Ms. Bracewell:

In response to your inquiry, I provide the following information:

    a.)    I regret that I cannot comply with your request without a subpoena.

        Sincerely,

        Betty Teague, Director
        Central Records Office

BHT/mal

**INMATE REQUEST SLIP**

To:

Name _Debra Bracewell_  Quarters _D#3_  Date _1-7-07_

Factory

AIS # _130672_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem

( ) Special Visit          ( ) Time Sheet            ( ) Other ___✓___

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

Warden Hood, There a letter here in
My file that My Judge sentence me
dated January 11, 1982. Warden Hood
I need a copy of this letter for my
Case. My classification officer
Mrs. Carlton, and Mr. Dean, have
refuse to let me have a copy of
this letter. This letter is not
Concerning no one but Me and there

<u>Do Not Write Below This Line</u> - **For Reply Only**

Is no reason why I can't have a
Copy of this letter. Warden Hood,
Will you Please get me a Copy
of this letter?
Please give me a yes or no
answer. You are in My prayers.

Approved        (Denied)        Pay Phone        Collect Call

Request Directed To: (<u>Check One</u>)

( ) Warden                        ( ) Deputy Warden              ( ) Captain

( ) Classification Supervisor     ( ) Legal Officer - Notary     ( ) Record Office
                                      Public

Letter is not to you, it is about you!

N176

**INMATE REQUEST SLIP**

Name _Debra Bracewell_ Quarters _Kactory D#3_ Date _1-8-07_

AIS # _130672_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem

( ) Special Visit    ( ) Time Sheet    ( ) Other ___✓___

---

Briefly Outline Your Request - Then Drop In Mail Box

Warden Hood, Please get me a copy of the letter dated January 11, 1982. I know the letter is not to me but it is about me and this is the reason I need the letter for my case. Please, I have my case in Court and I need this letter Please. Thank you very much. I have a right to have a copy of any

Do Not Write Below This Line - For Reply Only

thing in my file concerning me for my case.

Please answer me back. You are in my prayers.

As you have already been told. HHH

Approved    (Denied)    Pay Phone    Collect Call

---

Request Directed To: (Check One)

( ) Warden    ( ) Deputy Warden    ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176

**INMATE REQUEST SLIP**

Name _Debra Bracewell_   Quarters _Factory D#3_   Date _5-20-04_

AIS # _130672_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem

( ) Special Visit         ( ✓ ) Time Sheet          ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Mr. Dean, Thank you for the
copy of the letter that I
already have, dated May 17, 2001,

Mr. Dean, I don't need this
letter, I need the letter
that My Judge William
Baldwin, written on January
11, 1982, where it State

Do Not Write Below This Line - For Reply Only

5-21-04 — I DIDN'T THINK THIS
WAS A COPY OF THE LETTER YOU REQUESTED.
I SENT IT BECAUSE YOU SAID YOU
NEEDED TO TALK TO ME ABOUT SOMETHING
NEW. WHAT YOU WANTED TO ME ABOUT HAS
BEEN ADDRESSED. THE LETTER YOU REQUESTED,
WHICH I CAN'T GIVE YOU, HAS NO BEARING
ON YOUR SENTENCE

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

Request Directed To: (Check One)

( ) Warden                    ( ) Deputy Warden            ( ) Captain

( ) Classification Supervisor ( ) Legal Officer - Notary   ( ) Record Office
                                  Public

exhibit #9

```
                    ALABAMA DEPARTMENT OF CORRECTIONS              INST: 0
                    INMATE SUMMARY AS OF 03/05/2001.               CODE: CRSU
CBR716

***********************************************************************

AIS: 00130672X   INMATE: BRACEWELL, DEBRA              RACE: W  SEX: F

INSTITUTION: 006 - TUTWILER PRISON                    JAIL CR: 00Y00M00D

DOB: 04/17/1960   SSN: 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     PREVIOUS AIS: 0000Z374

ALIAS: BRACEWELL, D JEANENE            ALIAS: BRACEWELL, DEBRA J

ADM DT: 12/09/1981 DEAD TIME: 00Y 00M 00D

ADM TYP: LIFE SENTENCE W/O PAROLE           STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED3    CURRENT CUST DT: 02/10/1992  PAROLE REVIEW DATE: -NONE-

SECURITY LEVEL: (6) SIX

COUNTY       SENT DT CASE NO  CRIME            JL CR      TERM        C
COVINGTON   12/09/81 78000026 MURDER I         00000      LIFE
ELMORE      10/25/90 N90000257 ESCAPE I        00000  002Y 00M 00D  0

   TOTAL TERM      MIN REL DT      GOOD TIME BAL    GOOD TIME REV   LONG DATE
      LIFE         00/00/0000       000Y 00M 00D                      LIFE

INMATE LITERAL:
***********************************************************************

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS

***********************************************************************

ESCAPE-PAROLE SUMMARY

     INMATE CONVICTED ON 10/25/1990 FOR ESCAPE I

>ESCAPED FROM 006 ON 02/11/1990  RECAPTURED: 02/11/1990  RETURNED DT: 02/11/19
     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

***********************************************************************

DISCIPLINARY/CITATION SUMMARY

  >> CITATION: 05/04/1998                   CUST FROM MED  TO MED
     CITATION TYPE: BEHAVIOR CITATION      AT INST: 006    RULE NUMBER: 85
     RETAINED DAYS: 0000   SEQ #: 16    RULE LIT: VIOLATION OF INSTIT. RULES OR
```

CONTINUED ON NEXT PAGE

ALABAMA DEPARTMENT OF CORRECTIONS – PROGRESS REVIEW FORM – ( FEBRUARY 21, 2007 )
======================================(COU122)======================================

AIS #: 00130672X    SSN: 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    RACE/SEX:  W/F    DATE OF BIRTH: 04/17/1960
NAME: BRACEWELL, DEBRA              CUSTODY:    MED    SECURITY LEVEL: 6
INST: TUTWILER PRISON              TIME SRVD:  25Y02M19 LAST DISC: 08 05 2006
CRME: MURDER I )                   MIN REL DT: 99/99/9999 ACTIVE DET:   0

DISC: VIOLATION OF INSTIT. RULES OR  PRL CONS:  77/77/7777 EDUCAT LEV: 09

WL/PGM: *Factory*                        PRIM OCCUP:UNKNOWN

RECOMMENDED INSTITUTION: *Tutwiler*            RECOMMENDED CUSTODY: *Med.*

JUSTIFICATION: *APR- recommend no change in custody due to Crime/time to serve. Security needs can be maintained in medium Custody.*

_____

_____

_____

_____

_____

*Dno. 5/95, Last Action: 2/24/2006- Med.*            *6/23/0*

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:               APP. S/L:

_____  2/23/2007        _____  2/23/07
CLASSIFICATION SPECIALIST        DATE    WARDEN OR DESIGNEE    DATE
_____ MS 2/23/07        _____  2-26-07
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE    CLASSIFICATION COORDINATOR DATE

CENTRAL REVIEW BOARD ACTION

___ APPROVED  ___ DENIED; DIVERTED TO: _____  REASONS: _____

                                              _____
                                              CRB MEMBER          DATE

___ APPROVED  ___ DENIED; DIVERTED TO: _____  REASONS: _____

                                              _____
                                              CRB MEMBER          DATE

___ APPROVED  ___ DENIED; DIVERTED TO: _____  REASONS: _____

                                              _____
                                              CRB MEMBER          DATE

FINAL DECISION: INST *Tutwiler* CUSTODY *Med.* DATE *2/23/2007*

DATE INMATE INFORMED: *2/23/07* INMATE'S SIGNATURE: X *Debra Bracewell*