IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEBRA BRACEWELL, #130672, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-214-MEF |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
|     Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 13th day of March, 2007.

                                                /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE