IN THE CIRCUIT COURT OF
Elmore COUNTY, ALABAMA

Debra Bracewell )
                )
    Petitioner   )
                )
    vs.          )
                )  CASE NO. 2:07-CV-214-MEF
                )
STATE OF ALABAMA )
                )
    Respondents  )
                )

RECEIVED 2007 MAR 20 A 9:51
A. P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

MOTION FOR APPOINTMENT OF COUNSEL

Petitioner Debra Bracewell, requests this Court to represent her in this pending case for the following reasons:

  1. Plaintiff is not able to afford counsel. See the motion to proceed in forma pauperis and affidavit in support filed with this court.

  2. The issues involved in this case are complex.

  3. The issues involved in this case will require investigation which the petitioner cannot do while confined in prison.

  4. The prison limits the hours that the petitioner may have access to the law library and law materials contained there are very limited.

  5. Petitioner has a very limited knowledge of the law.

  6. The ends of justice would best be served in this case if an attorney was appointed to represent the petitioner.

Respectfully submitted,

Debra Bracewell

3-19-07

Debra Bracewell-Box 72 I-1-6B
4166 U.S. Hwy. 231
Wetumpka, AL 36092

36101+0711

MONTGOMERY AL 361
19 MAR 2007 PM 4 L

United States District Court
Office of the clerk
P.O. Box 711
Montgomery, AL 36101-0711