In the District Court of the United
State for the middle District of Alabama
North Division

2007 MAR 22 A 9: 51

Debra Bracewell #130672,
        Petitioner,

        V.                          Case No. 2:07-CV-214MEF

State of Alabama, et al.,
        Respondents

Objections to the Recommendation
of the Magistrate Judge.

The memorandum of the Court of Criminal
Appeals filed June 23, 2006, State on the
2nd page and the 4 pargraph : and remanded
it for further proceeding. Bracewell v. Alabama
449 u.s. 915. At her retrial, Bracewell was
Convicted again and sentenced to life
imprisonment with the possibility of Parole.
This Conviction and sentence were affirmed
by this Court and the Alabama Supreme
Court. Ex parte Bracewell, 447 So. 2d
827 (Ala 1984).

On the authority of Beck v. state, the state
did not have enough of evidence to Change
Bracewell, with Capital Murder. 100 s. Ct.

2382, 65 L. Ed. 2d. 392 (1980). 449 u.s. 915
Bracewell v. Alabama. Vacated 101 S. Ct. 312,
66 L. Ed. 2d. 143 (1980).

Bracewell, did not received an order from a
three-Judges panel of the Eleventh Circuit
Court of Appeals authorizing this Court to
Consider a Successive application for habeas
relief is because the law library is not
updated on all the rules of the Court therefore
the Petitioner, did not Know about this rule
of the Court. It is also very hard to even
get in the law library here.

It is a matter of record that Ms. Bracewell,
Was in fact charged and tried in her underlying
Criminal Case for Murder I.
The Jury indictment is not what My Charge
is, that is Just a indictment. Any one
Can Type a indictment up. The question is
What does my New Charge Say? I had a
New trial in 1981.

Judge Moorer, you have Copies of My paper-
Work at the prison Showing my Change
as Murder I.

Done this 21th day of March 2007,

Petitioner, pro-se
Debra
Bracwell



MONTGOMERY AL 361

21 MAR 2007 PM 4 L

Debra Bracewell-130072 I-1-wB
896 U.S. Hwy. 231
Wetumpka, AL 36092

Office of the Clerk,
United States District Court
P.O. Box 711
Montg, AL 36101-0711

361010711

Case No. 2:07-CV-214 MEF

Dear Judge Mooner,                                    3-21-07

I just had to write you this letter because of the Recommendation you made on the Habeas Corpus.

Judge Mooner, I sent you copies of My paperwork here at the prison showing My charge as Murder I and the paperwork is proof that My charge is Murder I.
Judge Mooner, why did you not even look at this and address it?

Also Judge Mooner, I sent you copies of letters where Central Record, and Dpt. of Correction, have a letter from My sentencing Judge dated January 11, 1982, saying what My sentence is and these people refuse to even let Me have a copy of this letter to prove My case in Court.
Judge Mooner, is not this enough of proof and evidence that the state is hiding the truth from you?

Judge Mooner, the state only have an inditment on me and a inditment

is not what My Charge is so Where is My Charge where I was Charge with and what does it say? Can the state show it?

Judge Mooner, I really believe in My heart that you are a Judge of Justice.

Judge Mooner, I want you to know I am telling you the truth concerning What My Charge is.
Judge Mooner, I would not even be wasting My time on all this paperworks if I did not know what I am talking about.

Judge Mooner, I know that Judges, Can do what they want to do because of the power that Judges have.
I am not asking you to do anything Wrong.
Judge Mooner, I really need your help Please.
Will you help me Please? Just pray about it. Thank you.

Debra Bracewell
Petitioner, Pro se