IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DEBRA BRACEWELL, #130672, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 2:07-cv-214-MEF |
| | ) |
| STATE OF ALABAMA, *et al.,* | ) |
| | ) |
|     Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #7) filed on March 22, 2007 are overruled;

(2) The Recommendation of the United States Magistrate Judge (Doc. #4) entered on March 19, 2007 is adopted;

(3) With respect to petitioner's claim that she is incarcerated on the wrong sentence, this claim is DISMISSED with prejudice as it is meritless.

(4) To the extent that petitioner challenges the trial court's imposition of a sentence for life without parole, this claim is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(e)(A) as the petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive habeas application.

(5) The 28 U.S.C. § 2254 petition for habeas corpus relief filed by petitioner is DENIED.

DONE this 27th day of March, 2007.

                                                                   /s/ Mark E. Fuller
                                             CHIEF UNITED STATES DISTRICT JUDGE