In The United States District Court for the Middle District of Alabama of Northern Division

Debra Bracewell, 130672

V.     Petitioner, Pro-se,

Case No. 2:07-CV-214 MEF

State of Alabama, et al,

   Respondents.

## Notice of Appeal

Notice is hereby given that the above defendant Appeal to the 11th Circuit Court the denied of the 28 U.S.C. #2254 for habeas Corpus relief Petition submitted on the 13th day of March 2007.

Done this day 30 March 2007.

## Certicate of Service

I do hereby Certify that a true copy of the forgoing of Notice of Appeal has been served upon State of Alabama Respondents by U.S. Postage prepared on this day 30 March 2007.

Debra Bracewell, Pro-se
130672 DI
8966 U.S. H.W.Y. 231
Wetumpka, AL 36092

SCANNED

10

Debra Bracewell-130672 D# I-1-6B
966 U.S. Hwy. 231
Wetumpka, AL 36092

MONTGOMERY AL 351
30 MAR 2007 PM 3 L

Office of Clerk
United States District Court
P.O. Box 711
Monty, AL 36101-0711

USA 39

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. CONTENTS HAVE NOT BEEN EVALUATED, AND THE AL DEPT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.