IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-11535-F

DEBRA BRACEWELL,

                              Petitioner-Appellant,

versus

STATE OF ALABAMA,
FRANK ALBRIGHT,
Warden, et al.,

                              Respondents-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

ORDER:

       To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim and (2) the procedural issues she seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). Because appellant failed to make the requisite showing, the motion for a certificate of appealability, as construed from "Petitioner Appeals" is DENIED.

       Appellant's motions for leave to proceed on appeal in forma pauperis and appointment of counsel are DENIED AS MOOT.

                                                /s/   Charles R. Wilson
                                          UNITED STATES CIRCUIT JUDGE

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: _____
     Deputy Clerk
     Atlanta, Georgia

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 21 2007
THOMAS K. KAHN
CLERK

RECEIVED
2007 MAY 22 A 11: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA