IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-11535-F

```
           FILED
    U.S. COURT OF APPEALS
      ELEVENTH CIRCUIT
         JUL 0 5 2007
        THOMAS K. KAHN
            CLERK
```

DEBRA BRACEWELL,

Petitioner-Appellant,

versus

STATE OF ALABAMA,
FRANK ALBRIGHT,
Warden, et al.,

Respondents-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before **BIRCH and WILSON, Circuit Judges.**

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order dated May 21, 2007. Upon reconsideration, appellant's motion for a certificate of appealability, as construed from "Petitioner Appeals," is DENIED because appellant has failed to make the requisite showing. 28 U.S.C. §§ 2244(b), 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000); Medberry v. Crosby, 351 F.3d 1049, 1062 (11th Cir. 2003).

Appellant's motions for leave to proceed on appeal in forma pauperis and appointment of counsel are DENIED AS MOOT.

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia